MATTHIAS RUPPERT, as Administrator of JOSEPH RUPPERT, Deceased, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Ruppert* v. *Brooklyn Heights R. R. Co.,* 62 App. Div. 919, reversed.
(Argued April 3, 1902; decided April 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1901, affirming a judgment in favor of the plaintiff

entered upon a verdict, and an order denying a motion for a new trial.

*I. R. Oeland* for appellant.

*Henry A. Monfort* for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of former decision in this case (154 N. Y. 90).

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT and MARTIN, JJ. Not voting: BARTLETT and VANN, JJ.